**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

Civ. No. 08-MD-1905 (RHK/JSM)

**ORDER**

This documents relates to:
Civ. No. 08-717,
Rashid Hunter v. Medtronic, Inc., *et al.*

Plaintiff having orally requested an extension of time to respond to the Court's Order to Show Cause (Doc. No. 45), **IT IS ORDERED** that the request is **GRANTED**. Plaintiff shall have an additional twenty (20) days – that is, until July 25, 2011 – to serve and file a response to the Order to Show Cause. All other terms and conditions of the Order to Show Cause remain in place.

The PSC or Plaintiffs' Lead Counsel is **DIRECTED** to mail this Order to Plaintiff's last-known address within 5 days of the date of this Order.

Dated: June 28, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge